Joseph Diamante
Kenneth L. Stein
Alexander Solo
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038
(212) 806-5400
Fax: (212) 806-6006

*Attorneys for the Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOMITA TECHNOLOGIES USA, LLC, ) <br> AND TOMITA TECHNOLOGIES ) <br> INTERNATIONAL, INC., ) <br> ) <br> Plaintiffs ) <br> ) <br> vs. ) <br> ) <br> ) <br> NINTENDO CO., LTD., AND ) <br> NINTENDO OF AMERICA, INC. ) <br> ) <br> Defendants. ) | 11 CV 4256 |

Pursuant to Rule 7.1(a), the undersigned counsel for Tomita Technologies USA, LLC and Tomita Technologies International, Inc. hereby certifies that Tomita Technologies USA, LLC and Tomita Technologies International, Inc. have no other parent corporations and there are no other publicly held corporations owning more than 10% of stock of either entity.

New York, New York
Dated: June 22, 2011

Respectfully Submitted,

*/s/ Joseph Diamante*

Joseph Diamante
Kenneth L. Stein
Alexander Solo
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, NY 10038
(212) 806-5400
Fax: (212) 806-6006
Email: jdiamante@stroock.com
Email: kstein@stroock.com
Email: asolo@stroock.com

*Attorneys for the Plaintiffs*