USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 8/1/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

TOMITA TECHNOLOGIES USA, LLC, AND TOMITA
TECHNOLOGIES INTERNATIONAL, INC.,

                                    Plaintiffs,

            v.

NINTENDO CO., LTD.,  AND
NINTENDO OF AMERICA INC.

                                  Defendants.

-----------------------------------------------------------------x

**STIPULATION EXTENDING
TIME TO ANSWER OR
OTHERWISE RESPOND**

Case No. 1:11-cv-04256-JSR

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties set forth below, that the time for Defendants NINTENDO CO., LTD. and NINTENDO OF AMERICA INC. to answer or otherwise respond to Plaintiff's Complaint in this matter is extended up to and including September 12, 2011.

It is further stipulated and agreed that the undersigned attorneys for Defendants will accept service of the complaint on behalf of NINTENDO CO., LTD.

Dated: July 28, 2011

_Alex Solo_

Joseph Diamante
Kenneth L. Stein
Alexander Solo
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
(212) 806-5400
*Attorneys for Plaintiffs*

Dated: July 28, 2011

_Robert A. Molan_

Robert A. Molan
Michael J. Shea
Nixon & Vanderhye PC.
901 North Glebe Road, 11th Floor
Arlington, VA 22203
(703) 816-4000
*Attorneys for Defendants*

**SO ORDERED:**

_____
**U.S.D.J.**