UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOMITA TECHNOLOGIES USA, LLC, and TOMITA TECHNOLOGIES INTERNATIONAL, INC., <br><br>                                  Plaintiffs, <br><br> v. <br><br> NINTENDO CO., LTD. and NINTENDO OF AMERICA INC. <br><br>                                  Defendants. | 11 Civ. 04256 (JSR) <br> ECF Case <br><br> **NOTICE OF MOTION IN SUPPORT OF DEFENDANTS' MOTION TO TRANSFER VENUE** <br><br> Time:     September 9, 2011 at 5:00 p.m. <br><br> Before:   The Honorable Jed S. Rakoff <br><br> Location: Court 14B <br>              Daniel Patrick Moynihan <br>              United States Courthouse <br>              500 Pearl Street, Room 1340 <br>              New York, NY 10007-1312 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Please take notice that pursuant to 28 U.S.C. § 1404, defendants Nintendo Co., Ltd. and Nintendo of America Inc. (collectively "Nintendo") move to transfer venue of the above-captioned action to the U.S. District Court for the Western District of Washington.

During a joint conference call on Thursday, August 4, 2011, the Court set the following briefing and hearing schedule for the present motion:

| | |
|---|---|
| Deadline for Nintendo to submit its Notice of Motion and Motion | Thursday, August 11, 2011 |
| Deadline for Plaintiffs to Respond to Nintendo's Motion | Thursday, August 25, 2011 |
| Deadline for Nintendo to submit its reply brief | Thursday, September 1, 2011 |
| Oral Argument on Nintendo's Motion | Friday, September 9, 2011 at 5:00 p.m. |

Nintendo bases its motion upon this Notice of Motion; the accompanying Memorandum of Law; the declaration of Toshiro Hibino; the declaration of Jacqueline Story, and the declaration of James S. Blank, filed concurrently with this motion.

Dated: August 11, 2011
New York, New York

Respectfully submitted,

KAYE SCHOLER LLP

By: /s/ James S. Blank
James S. Blank
Scott G. Lindvall
Stephen J. Elliott
425 Park Avenue
New York, New York 10022
Tel: (212) 836-8000
Fax: (212) 836-8629

*Attorneys for Defendants*