UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOMITA TECHNOLOGIES USA, LLC, and TOMITA TECHNOLOGIES INTERNATIONAL, INC.,<br><br>                            Plaintiffs,<br><br>                v.<br><br>NINTENDO CO., LTD. and NINTENDO OF AMERICA INC.<br><br>                            Defendants. | 11 Civ. 04256 (JSR)<br>ECF Case<br><br>**NOTICE OF MOTION IN SUPPORT OF DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE CUMULATIVE EXPERT TESTIMONY BY PLAINTIFFS** |

PLEASE TAKE NOTICE that pursuant to Rule 9 of the Individual Rules of Practice of Hon. Jed. S. Rakoff, defendants Nintendo Co., Ltd. and Nintendo of America, Inc. (collectively, "Nintendo") move this Court for an order precluding plaintiffs from presenting any and all cumulative expert testimony or opinions that plaintiffs may seek to introduce through Gregg Favalora and John Merritt and to limit plaintiffs to one of these two expert witnesses.

In support of this motion, Nintendo shall rely upon this Notice of Motion, the Memorandum of Law in Support of Defendants' Motion *in Limine* to Exclude Cumulative Expert Testimony by Plaintiffs, and the Declaration of James S. Blank, dated July 21, 2015, together with its exhibits.

In accordance with Rule 9 of the Individual Rules of Practice of Hon. Jed S. Rakoff, the anticipated schedule for service and filing of the parties' papers is as follows:

| | |
|---|---|
| Nintendo's Motion | July 21, 2015 |
| Plaintiffs Tomita Technologies USA, LLC and Tomita Technologies International, Inc. Response Brief | July 28, 2015 |

Oral argument has not been scheduled.

Dated: July 21, 2015

                Respectfully submitted,

                KAYE SCHOLER LLP

                By:  */s/ James S. Blank*
                      James S. Blank
                      Scott G. Lindvall
                250 West 55th Street
                New York, NY  10019-9710
                Tel:  212-836-8000
                Fax:  212-836-8689
                james.blank@kayescholer.com
                scott.lindvall@kayescholer.com

                      Paul I. Margulies
                The McPherson Building
                901 Fifteenth Street NW
                Washington, DC 20005
                Tel:  202-682-3500
                Fax:  202-414-0342
                paul.margulies@kayescholer.com

                *Attorneys for Defendant*