UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOMITA TECHNOLOGIES USA, LLC, and TOMITA TECHNOLOGIES INTERNATIONAL, INC.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>NINTENDO CO., LTD. and NINTENDO OF AMERICA INC.<br><br>　　　　　　　　　　　Defendants. | 11 Civ. 04256 (JSR)<br>ECF Case<br><br>**NOTICE OF MOTION IN SUPPORT OF DEFENDANTS' MOTION *IN LIMINE* TO PRECLUDE TOMITA FROM CONTRADICTING THE FEDERAL CIRCUIT'S CLAIM CONSTRUCTION** |

　　　　PLEASE TAKE NOTICE that pursuant to Rule 9 of the Individual Rules of Practice of Hon. Jed. S. Rakoff, defendants Nintendo Co., Ltd. and Nintendo of America, Inc. (collectively, "Nintendo") move this Court for an order precluding plaintiffs from contradicting the Federal Circuit's claim construction at trial by arguing that the construction encompasses offsetting both left-eye and right-eye images.

　　　　In support of this motion, Nintendo shall rely upon this Notice of Motion, the Memorandum of Law in Support of Defendants' Motion *in Limine* to Preclude Tomita from Contradicting the Federal Circuit's Claim Construction, and the Declaration of James S. Blank, dated July 21, 2015, together with its exhibits.

　　　　In accordance with Rule 9 of the Individual Rules of Practice of Hon. Jed S. Rakoff, the anticipated schedule for service and filing of the parties' papers is as follows:

| | |
|---|---|
| Nintendo's Motion | July 21, 2015 |
| Plaintiffs Tomita Technologies USA, LLC and Tomita Technologies International, Inc. Response Brief | July 28, 2015 |

Oral argument has not been scheduled.

Dated: July 21, 2015

                                                                      Respectfully submitted,

                                                                      KAYE SCHOLER LLP

                                                                      By:   */s/ James S. Blank*
                                                                            James S. Blank
                                                                            Scott G. Lindvall
250 West 55th Street
New York, NY  10019-9710
Tel:  212-836-8000
Fax:  212-836-8689
james.blank@kayescholer.com
scott.lindvall@kayescholer.com

                              Paul I. Margulies
The McPherson Building
901 Fifteenth Street NW
Washington, DC 20005
Tel:  202-682-3500
Fax:  202-414-0342
paul.margulies@kayescholer.com

*Attorneys for Defendant*